

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

January 9, 2020

BY ECF

Honorable Debra Freeman
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020
```

       Re:  Maria Sanson v. Commissioner of Social Security
             19 Civ. 7154 (DF)

Dear Judge Freeman:

       The Government's motion for judgment on the pleadings in the above-referenced Social Security case is due January 13, 2020. We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the date for the government's brief be adjourned for 30 days, until February 12, 2020. The reason for this request is to allow sufficient time for the Social Security Administration to evaluate its litigation position in this matter. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

*granted*

**SO ORDERED:**   **DATE:** 1/9/2020

*/s/ Debra Freeman*

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:     s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:  BY MAIL (no email or fax available)
      Maria Conseulo Sanson
      1134 Stratford Avenue, Apt. 1E
      Bronx, NY 10472-4120