**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



-----------------------------------------------------------X
MARIA CONSUELO SANSON,
                  Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                  Defendant.
-----------------------------------------------------------X

19 **CIVIL** 7154 (DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 30, 2020, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        January 31, 2020

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**
                  **BY:**
                                            **Deputy Clerk**